

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2023

**BY ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge
United States Court of Appeals for the Second Circuit
500 Pearl St., Room 2530
New York, New York 10007

      Re:    *United States v. Adony Nina, et al.*, 12 Cr. 322 (RJS)

Dear Judge Sullivan:

      The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

```
IT IS HEREBY ORDERED THAT Mr. DiMase
is relieved as counsel in this matter.
The Clerk of Court is respectfully
directed to terminate the motion
pending at Doc. No. 717. The Court
extends its best wishes to Mr. DiMase
in all his future endeavors.
```

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/
    Christopher J. DiMase
    Assistant United States Attorney
    Tel.: (212) 637-2433

SO ORDERED:
Dated: 6/13/23
RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation